RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ROBERT E. O'BRIEN
Assistant Federal Public Defender
Nevada State Bar No. 10944
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_O'Brien@fd.org

Attorney for Conor Climo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>CONOR CLIMO,<br><br>           Defendant. | Case No. 2:19-mj-593-NJK<br><br>**NOTICE OF APPEARANCE** |

Notice is hereby given that Assistant Federal Public Defender Robert E. O'Brien will serve as counsel for the above captioned defendant.

Counsel's address is as follows:

> Federal Public Defender
> 411 E. Bonneville Ave., Suite 250
> Las Vegas, Nevada 89101

DATED this 15th day of August, 2019.

                                        RENE L. VALLADARES
                                        Federal Public Defender

                               By:  */s/ Robert E. O'Brien*
                                        ROBERT E. O'BRIEN
                                        Assistant Federal Public Defender
                                        Attorney for Conor Climo

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on August 15, 2019, she served an electronic copy of the above and foregoing NOTICE OF APPEARANCE by electronic service (ECF) to the person named below:

NICHOLAS A. TRUTANICH
United States Attorney
NICHOLAS D. DICKINSON
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ Stephanie Young*
Employee of the Federal Public Defender