NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
NICHOLAS D. DICKINSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: nicholas.dickinson@usdoj.gov
*Attorneys for the United States of America*

*Counsel for the United States*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CONOR CLIMO,<br><br>Defendant. | CRIMINAL INDICTMENT<br><br>2:19-cr-232<br><br>VIOLATIONS:<br><br>26 U.S.C. §§ 5841, 5861(d), and 5871 –<br>*Possession of an Unregistered Firearm* |

**THE GRAND JURY CHARGES THAT:**

**Count One**
*(Possession of an Unregistered Firearm)*

On or about August 8, 2019,

CONOR CLIMO,

knowingly possessed firearms, specifically destructive devices, as that term is defined in Title 18 United States Code, Section 5845(f), that were not registered to him in the National Firearms

1

Registration and Transfer Record, all in violation of Title 26 United States Code, Sections 5841, 5861(d) and 5871.

**DATED:** this 11th day of September, 2019.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

NICHOLAS A. TRUTANICH
United States Attorney

NICHOLAS D. DICKINSON
Assistant United States Attorney