UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE REGULAR GRAND JURY THE **November 7, 2018** TERM. **18-1** | MINUTES OF COURT<br>DATE: September 11, 2019 @ 1:41 PM – 1:46 PM |

PRESENT:   The Honorable   Nancy J. Koppe  , U.S. Magistrate Judge.

DEPUTY CLERK:   Araceli Bareng     REPORTER:   Bonnie Terry

UNITED STATES ATTORNEY:   Kimberly Frayn     COURTROOM:   3C

A roll call of the Grand Jury is taken with **22** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There is **1** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrant and Summons issue where indicated.

| Case | Defendant | Status |
|---|---|---|
| 2:19-cr-231 | 1 SEALED DEFENDANT | WARRANT |
| SUPERSEDING 2:16-cr-374 | KING ISAAC UMOREN | LOCAL FEDERAL CUSTODY |
| SUPERSEDING 2:18-cr-cr-292 | ERICK RANGEL-IBARRA | SUMMONS |
| 2:19-cr-232 2:19-mj-593 NJK | CONOR CLIMO | LOCAL FEDERAL CUSTODY |
| 2:19-cr-233 | ALEXIUS LAVELL DAVIS | WARRANT |

 **IT IS ORDERED** that the Arraignment & Plea as to: **2:16-cr-374; 2:18-cr-292 and 2:19-cr-232** will be held on **Wednesday, September 18, 2019 @ 10:00 AM** before **MAGISTRATE JUDGE CAM FERENBACH in Courtroom 3D**.

The Arraignment and Plea as to the remaining cases will be held at the time of the Initial Appearance.

.                                                                                           DEBRA KEMPI, Clerk

                                                                                          United States District Court


                                                                                           /S/ Araceli Bareng

                                                                                          Deputy Clerk