RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Conor Climo

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00232-JCM-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Third Request) |
| CONOR CLIMO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Nicholas D. Dickinson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Conor Climo, that the Sentencing Hearing currently scheduled on September 25, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      In light of the COVID-19 pandemic, the Centers for Disease Control and Prevention's recommendations, and the District Court's Temporary General Orders, the parties seek to continue the Sentencing Hearing to such a time in the future where the parties and Mr. Climo will be able to appear in person for the Sentencing Hearing.

2.      The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the third request for a continuance of the Sentencing Hearing.

DATED this 18th day of September, 2020.


RENE L. VALLADARES                     NICHOLAS A. TRUTANICH
Federal Public Defender                United States Attorney


By */s/ Paul D. Riddle*                By */s/ Nicholas D. Dickinson*
PAUL D. RIDDLE                         NICHOLAS D. DICKINSON
Assistant Federal Public Defender      Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00232-JCM-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| CONOR CLIMO, | |
| Defendant. | |

      IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for Friday, September 25, 2020 at 10:30 a.m., be vacated and continued to November 13, 2020 at the hour of 10:30 a.m.

      DATED September 21, 2020.

_____

UNITED STATES DISTRICT JUDGE

3