Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST FOR MODIFICATION
## TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
### *Probation Form 49 (Waiver of Hearing) is Attached*
### April 5, 2021

Name of Offender: **Conor Climo**

Case Number:  **2:19CR00232**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **November 13, 2020**

Original Offense: **Possession of an Unregistered Firearm**

Original Sentence: **24 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **April 20, 2021**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center.

## CAUSE

On November 13, 2020 Climo appeared before Your Honor for a hearing and was sentenced to 24 months imprisonment followed by three years supervised release for committing the offense of Possession of an Unregistered Firearm. Climo is set to commence his term of supervised release in the District of Nevada on April 20, 2021 however he has indicated he has no viable residence plan secured.

Climo is currently unemployed, and advised he has no family or friends to assist him with his transition back into the community. Climo is currently still in custody at Victorville Med I FCI in Victorville, CA. Based on Climo's lack of housing this officer has provided his Bureau of

**RE: Conor Climo**

Prob12B
D/NV Form
Rev. June 2014

Prisons case manager with information and a waiver for Climo to sign to allow placement in the RRC to provide him an opportunity to secure employment, save money and establish a personal residence.

This officer respectfully requests Climo be allowed to reside at the RRC for a term of up to 120-days upon his release from Bureau of Prisons to address his housing situation.  Climo was presented with the Probation Form 49, Waiver of Hearing to modify Conditions of Supervised Release which he signed. A copy has been attached for Your Honor's review.  If Climo can obtain personal housing before the 120 days has ended, he will immediately be released from the Residential Reentry Center and moved into this residence.

The probation office would further request that Your Honor waive any subsistence fees as this will allow Climo to save money quicker, which will facilitate his ability to secure personal housing.

Respectfully submitted,

*Annis C. Seopaul Sones for*
Annis C. Seopaul Sones
2021.04.05 12:56:17
-07'00'

_____

Donnette Johnson
United States Probation Officer

Approved:

*Brian Blevins*
Digitally signed by Brian Blevins
Date: 2021.04.05 11:52:51
-07'00'

_____

Brian Blevins
Supervisory United States Probation Officer

**RE: Conor Climo**

Prob12B
D/NV Form
Rev. June 2014

## *THE COURT ORDERS*

☐      No Action.

☐      The extension of supervision as noted above.

X      The modification of conditions as noted above

☐      Other (please include Judicial Officer instructions below):

-------------------------------------------------------------------------------

-------------------------------------------------------------------------------

-------------------------------------------------------------------------------

Signature of Judicial Officer

April 9, 2021

Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center.

Witness _____       Signed _____
   U.S. Probation Officer                        Probationer or Supervised Releasee

4-4-21
Date